UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA B., | Case No.:  20-cv-1250-AGS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES AND EXPENSES (ECF 26)** |
| v. | |
| Kilolo KIJAKAZI, | |
| Defendant. | |

The parties' joint motion for fees and costs under the Equal Access to Justice Act is **GRANTED.** Plaintiff is awarded fees and expenses in the amount of $5,100.00 as authorized by 28 U.S.C. § 2412(d), and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920. The award shall be dispensed per the terms of the unopposed motion.

Dated:  June 1, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge